JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEILING TANG,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, SECRETARY DEPARTMENT OF HOMELAND SECURITY, ET AL.,<br><br>    Defendants. | No. 2:23-cv-09705-AB-MAR<br><br>**ORDER**<br><br>Honorable Andre Birotté Jr.<br>United States District Judge |

    The Court has reviewed the Parties' Stipulation to Stay Case Pending Adjudication of Application. Defendants have agreed to adjudicate Plaintiff's application—the relief sought by the Complaint. Rather than stay the action, Court **DISMISSES** the action without costs and without prejudice to the right to re-open the action, or seek an extension to do so, by **May 13, 2025,** if Defendants have not provided their decision. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: January 16, 2024

_____
HONORABLE ANDRE BIROTTÉ JR
UNITED STATES DISTRICT JUDGE